IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z. HUGHES,<br><br>　　　　　Defendant. | No. 2:20-CV-0984-JAM-JDP-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Due to a conflict in the Court's calendar, the settlement conference originally set for May 13, 2021, is continued to June 8, 2021, at 9:30 a.m., before the undersigned in Redding.  The settlement conference will be conducted by remote means.  The Court will provide necessary access links in advance of the settlement conference.

　　　　IT IS SO ORDERED.


Dated:  April 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1