UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Z. HUGHES,<br><br>　　　　　　Defendant. | Case No.  2:20-cv-00984-JAM-JDP (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ECF No. 28 |

Defendant has filed a motion to modify the July 26, 2021 scheduling order. ECF No. 28. Good cause appearing, it is hereby ORDERED that defendant's motion, ECF No. 45, is granted, and the July 26, 2021 scheduling order is modified as follows:

　　1. The deadline to serve discovery is extended to January 4, 2022, for the limited purpose of allowing defendant to notice plaintiff's deposition.

　　2. The deadline to complete discovery is extended to March 4, 2022.

　　3. The deadline to file dispositive motions is extended to June 3, 2022.

IT IS SO ORDERED.

Dated:   November 8, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE